ORDER
11 Considering that on October 1, 2008, relator filed an application for supervisory wit and moved this court to extend the deadline for filing her supplemental application for post-conviction relief; and considering that on November 24, 2008, this Court vacated the warrant of execution issued by the trial judge and stayed further proceedings below pending our consideration of relator’s motion;
IT IS ORDERED, ADJUDGED, AND DECREED that the motion to extend the deadline for the filing of relator’s supplemental application for post-conviction relief is herewith granted. Relator may file her supplemental application for post-conviction relief in the district court on or before 5:00 p.m., July 1, 2009, and must do so without further extensions of time.
/s/ Catherine D. Kimball Justice
TRAYLOR, J., dissents and assigns reasons.
KNOLL, J., dissents for the reasons assigned by TRAYLOR, J.